MUDD et al. v. ALABAMA MINERAL LAND CO.* (Circuit Court of Appeals, Fifth Circuit. February 26, 1919.) No. 3318. Appeal from the District Court of the United States for the Northern District of Alabama; Henry D. Clayton, Judge. Suit between John H. Mudd and another and the Alabama Mineral Land Company. From the judgment, the former appeal. Modified and affirmed. J. Reese Murray, of Birmingham, Ala. (Murray & Hanna, of Birmingham, Ala., and Judson, Green & Henry, of St. Louis, Mo., on the brief), for appellants. John P. Tillman and John S. Stone, both of Birmingham, Ala. (Tillman, Bradley & Morrow, of Birmingham, Ala., on the brief), for appellee. Before PARDEE, WALKER, and BATTS, Circuit Judges.

BATTS, Circuit Judge. A majority of the court are of the opinion that the record establishes that the property, which is the subject-matter of the suit, is incapable of equitable partition, and the writer is of the opinion that there is evidence upon which the conclusion of the trial judge to that effect could be based. The appellants complain that the terms of sale are onerous. A slight modification may be made without injury to the parties. The judgment will be so amended as to require that, if the appellee should be the purchaser, the costs (exclusive of the costs of appeal) and four-fifths of the balance of the purchase price be paid in cash; that, if the appellants be the purchasers,

*Certiorari denied 249 U. S. ——, 39 Sup. Ct. 495, 63 L. Ed. ——.

the costs (exclusive of the costs of the appeal) and one-fifth of the balance of the purchase price be paid in cash. So modified, the judgment of the court below is affirmed, with costs against appellants. Modified and affirmed.